UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------
UNITED STATES OF AMERICA,

      -against-

DAVID WAGNER,

                        Defendant.

DAVID WAGNER,

                        Petitioner.
      -against-

UNITED STATES OF AMERICA,

                        Respondent.
-------------------------------------------------------------------------X

**ORDER**

19 Cr. 437 (AKH)

22 Civ. 360 (AKH)

Alvin K. Hellerstein, U.S.D.J.:

        On February 28, 2022 Petitioner filed a motion to appoint legal counsel.  *See* 22 Civ. 360, ECF No. 6.  Petitioner previously made the same motion, which I denied on February 17, 2022.  *See* 19 Cr. 437, ECF Nos. 150, 152.  In his latest motion, Petitioner offers no reason for me to change my prior ruling.  The motion is therefore denied.

        The Clerk shall send a copy of this order, along with ECF No. 152 in 19 Cr. 437, to Petitioner.  The Clerk shall terminate ECF No. 6 in 22 Civ. 360.

        SO ORDERED.

Dated: April 25, 2022                                 __/s/ Alvin K. Hellerstein_____
       New York, New York                 ALVIN K. HELLERSTEIN
                                                     United States District Judge